# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF TEXAS

# HOUSTON DIVISION

| | | |
|---|---|---|
| JORGE GRANADOS-RAMOS, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| *versus* | § | Civil Action H-05-3301 |
| | § | |
| U.S. DEPT. OF JUSTICE, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## FINAL JUDGMENT

For the reasons stated in the Court's Memorandum on Dismissal entered this date, this action is DISMISSED with prejudice.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, on this 30th day of September, 2005.

_____
DAVID HITTNER
United States District Judge